# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | CASE #: 12 CIV 6758 |
| SOUTHERN DISTRICT OF NEW YORK | DateFiled: 09/06/2012 |
| | File: |

ANU ALLEN

   Plaintiff(s)/Petitioner(s)

against

CHANEL, INC.

   Defendant(s)/Respondent(s)

State of NY
County of Albany   SS

Michael Pickett   being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 9/18/2012   at   3:15 PM

at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION AND COMPLAINT JURY TRIAL DEMANDED**

upon:  **CHANEL, INC.**

defendant/respondent in this action by delivering and leaving with   Chad Matice
authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, 99 Washington Ave, Albany, NY 12231-0001, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| male | white | black | 29 | 6' | 190 | glasses |

Sworn to before me on:  9/19/2012

*Nancy E. Gunner*
Notary Public

*Michael Pickett* (signature)
Michael Pickett

| | | | |
|---|---|---|---|
| Sherie A. Searles | Nancy E. Gunner | Jessica M. DeVoe | Lightning Legal Services, LLC |
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY | P.O. Box 9132 |
| No. 01SE6179623 | No 01GU6179812 | No 01DE6042657 | Albany, NY 12209 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | |
| Commission expires 12/17/15 | Commission expires 2/4/16 | Commission Expires 5/30/14 | 221794 |

```
                     State of New York - Department of State
                                Receipt for Service

Receipt #:  201209200392                          Cash #:  201209200385
Date of Service:  09/18/2012                      Fee Paid: $40 - DRAWDOWN
Service Company:  09 LIGHTNING LEGAL SERVICES - 09

Service was directed to be made pursuant to:   SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  CHANEL, INC.


Plaintiff/Petitioner:
          ALLEN, ANU



Service of Process Address:
CHANEL, INC.
9 W 57TH ST
NEW YORK,  NY 10019

                                                        Secretary of State
                                                          By   CHAD MATICE
```