# SEYFARTH SHAW LLP
ATTORNEYS



620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
www.seyfarth.com

OCT 05 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Writer's direct phone
(212) 218-5517

Writer's e-mail
LAlmon@seyfarth.com

**MEMO ENDORSED**

October 5, 2012

### VIA FACSIMILE (212-805-7917)

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/12

Re: Allen v. Chanel, Inc.
Civil Docket No. 1:12-cv-06758-RPP

Dear Judge Patterson:

Our firm has just been retained to represent the defendant Chanel, Inc. in the above-referenced action. We write, in accordance with Your Honor's Individual Practices, to respectfully request an extension of time to answer, move or otherwise respond to Plaintiff's complaint. The current deadline to respond is this Tuesday, October 9, 2012. We ask that Defendant be granted a three week extension of time to respond until October 30, 2012, so that we can investigate the complaint and respond appropriately. No prior extensions of time have been sought and counsel for Plaintiff has kindly consented to this request.

We thank the Court for its consideration and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

Lorie E. Almon

cc: Christopher H. Thompson (Counsel for Plaintiff, via fax)

*Application granted. Counsel shall file a notice of appearance on or before 10/9/12. Defendant's time to respond changed to 10/30/12. So ordered.*

*R P Patterson*
*10/5/12*

*See attached typewritten Memo Endorsement*

14902348v.2

Case:      Allen v. Chanel
Index No.  12 Civ. 6758 (RPP)

**MEMO ENDORSEMENT READS:**

Application granted.

Counsel should file a notice of appearance on 10/9/12. Chanel's time to respond is extended to 10/30/12.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 10/5/12*