Lorie E. Almon
Mary E. Ahrens
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500

*Attorneys for Defendant*

UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ANU ALLEN, | : | **ECF CASE** |
| | : | |
| Plaintiff, | : | 12-cv-06758-RPP-DCF |
| | : | |
| -against- | : | **NOTICE OF APPEARANCE** |
| | : | |
| CHANEL, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that Mary E. Ahrens, of the law firm Seyfarth Shaw LLP, hereby enters her appearance as counsel for defendant, Chanel, Inc., in the above-captioned matter.

Dated: New York, New York
October 9, 2012

Respectfully submitted,

SEYFARTH SHAW LLP

By  s/ Mary E. Ahrens
     Mary E. Ahrens
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
(212) 218-5526 (fax)
MAhrens@seyfarth.com

*Attorneys for Defendant*
Chanel, Inc.

14907865v.1