# SEYFARTH SHAW LLP
### ATTORNEYS



620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
LAlmon@seyfarth.com

November 2, 2012

**VIA FEDEX AND FACSIMILE (212-805-7917)**

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    Allen v. Chanel, Inc.
              Civil Docket No. 1:12-cv-06758-RPP

Dear Judge Patterson:

       Our firm represents Defendant Chanel, Inc. in the above-referenced action. In accordance with Your Honor's Individual Practices, we write to respectfully request an extension of time to answer, move or otherwise respond to Plaintiff's complaint. The deadline to respond, which was October 30, 2012, was extended to November 5, 2012 by the Order Extending Deadlines in Civil Cases dated October 31, 2012. Due to the storm, the various related closures and the resulting disruptions, we ask that Defendant be granted a one-week extension of time to respond until November 12, 2012. We also ask that the status conference, currently scheduled for November 7, 2012, be adjourned to a date after Defendant's response to Plaintiff's complaint is due.

       We sought Plaintiff's counsel's consent, but did not receive an immediate response. Defendant requested and was granted one prior request for an extension of time to respond.[1]

*[Handwritten memo endorsement by Judge:]* Application granted. Defendant to answer by 11/14/12. Status conference so ordered. RPP 11/5/12

---

[1]     In addition, on October 30, 2012, Defendant requested a three-day extension to November 2, 2012, which request should be denied as moot pursuant to the Order Extending Deadlines in Civil Cases dated October 31, 2012.

*See attached typewritten Memo Endorsement*

14980987v.2

THIS LETTERHEAD IS PRINTED ON RECYCLED PAPER



The Honorable Robert P. Patterson, Jr.
November 2, 2012
Page 2

We thank the Court for its consideration and attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*Lorie Almon /M.F.*

Lorie E. Almon

cc:    Christopher H. Thompson (Counsel for Plaintiff, via fax)

14980987v.2

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

Case: Allen v. Chanel, Inc.
Index No.: 12 Civ. 6758 (RPP)

**MEMO ENDORSEMENT READS AS FOLLOWS:**

Application granted.

Defendant's response to complaint 11/12/12.

Court conference 11/14/12 @ 11:30 AM.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 11/5/12*