**MEMO ENDORSED**



620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

(212) 218-5517
LAlmon@seyfarth.com

October 28, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/12

<u>VIA FACSIMILE (212-805-7917)</u>

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    Allen v. Chanel, Inc.
            <u>Civil Docket No. 1:12-cv-06758-RPP</u>

Dear Judge Patterson:

    Our firm represents Defendant Chanel, Inc. in the above-referenced action. In accordance with Your Honor's Individual Practices, we write to respectfully request an extension of time to answer, move or otherwise respond to Plaintiff's complaint. The current deadline to respond is this Tuesday, October 30, 2012. Our office will be closed tomorrow, October 29, and possibly Tuesday, October 30, because of the impending storm and mass transit closures. Therefore, due to the storm, the various related closures and the resulting disruptions, we ask that Defendant be granted a three-day extension of time to respond until November 2, 2012.

    Defendant requested and was granted one prior request for an extension of time to respond. We sought Plaintiff's counsel's consent, but did not receive an immediate response. We are making this request without Plaintiff's counsel's consent because of the unusual circumstances and the concern about possible power loss.

*Application Granted*
*So ordered*
*Robert P. Patterson U.S.D.J.*
*11/5/12*

14964764v.1

The Honorable Robert P. Patterson, Jr.<br>
October 28, 2012<br>
Page 2

We thank the Court for its consideration and attention to this matter.

                                                  Respectfully submitted,

                                                  SEYFARTH SHAW LLP

                                                  *Lorie Almon / M.F.*

                                                  Lorie E. Almon

cc:    Christopher H. Thompson (Counsel for Plaintiff, via fax)