Exhibit E

**Print**

Check/Serial#: 455822     Account#:     Amount: 14,940.19

---

Chanel, Inc.
876 Centennial Avenue
P.O. Box 308
Piscataway, NJ 08854

04/12/2012     00455822

Pay FOURTEEN THOUSAND NINE HUNDRED FORTY AND 19/100 DOLLARS     $14,940.19

To the order of:
USM 80200150   202153   AORA-1-49
ANU ALLEN
755 BRONX RIVER ROAD
BRONXVILLE, NY 10708

JP Morgan Chase Bank, N.A.
Syracuse, NY
50-937/213

*Barbara Menarguez* (signature)

HOLD AT AN ANGLE TO VIEW
ADP WATERMARK

PURPLE ADP LOGO PRINTED WITH INK THAT RESPONDS TO WARMTH. HOLD BETWEEN THUMB AND FOREFINGER OR BREATHE ON IT - THE ADP LOGO WILL FADE AND REAPPEAR

DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE
KNOW YOUR ENDORSER REQUIRE IDENTIFICATION

*endorsement signatures*

\* cleared Chanel's acct. 4/16/12