LAW OFFICES OF
# CHRISTOPHER THOMPSON, ESQ.
33 DAVISON LANE EAST
WEST ISLIP, NEW YORK 11795

PH 1(631) 983-8830                                                                 FAX 1(631) 983-8831

BY FAX TRANSMISSION NOVEMBER 13, 2012 TO 1-212-805-7917

Hon. Robert P. Patterson, Jr.
United States District Judge
United States District Court – Southern District
500 Pearl Street
New York, New York 10007-1312

RECEIVED
NOV 13 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**RE: Allen v. Chanel, Inc.**
**Civil Docket No. 1:12-CV-06758-RPP**

Dear Judge Patterson:

**MEMO ENDORSED**

This office represents plaintiff in the above.

I am writing to request an adjournment of the conference scheduled for tomorrow November 14, 2012 at 11:30 a.m. to Tuesday, November 20, 2012 at 9:30 a.m.

This request is the first request by plaintiff to adjourn the initial conference although I have consented to at least two (2) prior requests by my colleagues who represent defendant.

The reason for my request is simple. I have a scheduling conflict in the Supreme Court, Suffolk County on three (3) matters. I did not realize this conflict existed until Friday when my power was restored (although I am still without heat or hot water and have poor phone, fax and internet service). I sincerely apologize for this oversight however, my home and office are located approximately eighty (80) feet from the Great South Bay and it is an understatement to say priorities have been changed by necessity. I greatly appreciate the Court's understanding based on these circumstances.

I can advise the Court I have the consent of defendant's counsel to this request.

Thank you for your attention to this matter. I can be reached directly on my cell phone if you wish to discuss this further. My number is 1-631-747-1187. I remain,

Very truly yours,

Christopher Thompson, ESQ.

CT: ct

cc: Lorie E. Almon (Seyfarth & Shaw, LLP)(via fax to 1-212-218-5526)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/12

[handwritten endorsement:]
Application granted.
So ordered.
Robert P. Patterson, Jr.
11/13/12