UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Allen

Plaintiff(s)

12 cv 6758 (RPP)

- against -

SCHEDULING ORDER

Chanel, Inc.

Defendant(s)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/12

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule (26) compliance by _____.

6. Plaintiff experts' reports to be served by _____.

7. Defendant experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by _____.

10. All fact discovery to be completed by _____.

11. Dispositive motions by _____, Answer by 12/4/12, Reply by 12/10/12.

12. If no dispositive motion, pretrial order to be filed by _____.

13. Trial date is scheduled for _____ at 9:30am.

14. Settlement conference with parties & counsel to be held on _____ at _____.

15. Pretrial conference is scheduled for _____ at _____.

(16) ARGUMENT 12/13/12 AT 4PM.

Dated: New York, New York

11/20/12

SO ORDERED.

ROBERT P. PATTERSON, JR.
U.S.D.J.