# SEYFARTH
## ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com

RECEIVED
DEC 10 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

December 10, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/12

**VIA FACSIMILE**

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Allen v. Chanel, Inc.*, Civil Docket No. 1:12-cv-6758-RPP

Dear Judge Patterson:

Our firm represents Defendant Chanel, Inc. in the above-referenced action. In accordance with Your Honor's Individual Practices, we write to request oral argument on Chanel's Motion to Dismiss Plaintiff's Complaint. We note, however, that the Court already has scheduled oral argument for December 13, 2012 at 4:00 p.m.

We thank the Court for its attention to this matter.

        Respectfully submitted,

        SEYFARTH SHAW LLP

        Lorie E. Almon

cc:     Christopher H. Thompson, Esq. (by Facsimile)

15093262v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA