```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANU ALLEN,

                            Plaintiff,           12 CV 6758 (RPP)

      - against -

                                                  **ORDER**

CHANEL INC.,

                          Defendant.
-----------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      On September 6, 2012, Plaintiff Anu Allen ("Plaintiff") filed this action against her former employer, Chanel, Inc. ("Defendant"). On November 12, 2012, Defendant moved to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted or, alternatively, pursuant to Rule 12(c) for judgment on the pleadings.

      In support of its motion, Defendant submitted five documents as exhibits. In her opposition papers and at oral argument, Plaintiff suggested that the Court may only weigh these exhibits if the Court converts the pending motion to dismiss into a motion for summary judgment. So that the Court may consider the pending motion under Rule 56, the parties shall notify the Court in writing by May 22, 2013 whether or not there are additional facts outside the pleadings – beyond those that have already been discussed in the briefings and oral argument – that the parties wish the Court to consider in the context of a motion for summary judgment. If there are such additional facts, the parties are Ordered to submit supporting affidavits and/or other exhibits by the same date.

IT IS SO ORDERED.

Dated: New York, New York
       May 15, 2013

_____
Robert P. Patterson, Jr.
U.S.D.J.

**Copies of this Order were sent to:**

Plaintiff's Counsel:

>   Christopher H. Thompson
>   The Law Offices of Christopher Thompson
>   33 Davison Lane East
>   West Islip, NY 11795
>   (631) 983-8830
>   Fax: (631) 983-8831

Defendant's Counsel:

>   Lorie Elizabeth Almon
>   Seyfarth Shaw L.L.P.
>   620 Eighth Avenue
>   New York, NY 10018-1405
>   (212) 218-5517
>   Fax: (212) 218-5526