# SEYFARTH
### ATTORNEYS SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5517

Writer's e-mail
lalmon@seyfarth.com





May 22, 2013

**VIA FACSIMILE (212-805-7917)**

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/13
```

Re: *Allen v. Chanel, Inc.*, Docket No. 1:12-cv-6758-RPP

Dear Judge Patterson:

Our firm represents defendant Chanel, Inc. ("Chanel") in the above-referenced action. We are writing in response to Plaintiff's May 22, 2013 letter and at the direction of the clerk. This letter replaces the letter submitted to Your Honor earlier today. Plaintiff's counsel requested a two-week extension of today's deadline to submit supporting affidavits and/or other exhibits relating to Chanel's pending Motion to Dismiss Plaintiff's Complaint due to his father's illness and hospitalization, if the Court declines to accept the affidavit submitted concurrently with the letter. Should the Court decline to accept Plaintiff's affidavit, Chanel respectfully joins in the request for the two-week extension up to and including June 5, 2013. In the event that the Court accepts Plaintiff's affidavit, Chanel respectfully requests an extension up to and including May 31 to submit supporting affidavits and/or other exhibits relating to its pending motion.

We thank the Court for its consideration of this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

Lorie E. Almon

cc:  Christopher H. Thompson, Esq. (via facsimile)

*Application granted [handwritten endorsement, partially illegible]*

15706892v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED PAPER