Lorie E. Almon
Mary E. Ahrens
Caitlin S. Ladd
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500

*Attorneys for Defendant*

UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ANU ALLEN, | :    **ECF CASE** |
|            Plaintiff, | :    12-cv-06758-RPP-DCF |
|    -against- | :    **NOTICE OF APPEARANCE** |
| CHANEL, INC., | : |
|            Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     **PLEASE TAKE NOTICE** that Caitlin S. Ladd, of the law firm Seyfarth Shaw LLP, hereby enters her appearance as counsel for defendant, Chanel, Inc., in the above-captioned matter.

Dated: New York, New York
       September 9, 2013

                                      Respectfully submitted,

                                      SEYFARTH SHAW LLP

                                      By  s/ Caitlin S. Ladd
                                          Caitlin S. Ladd
                                      620 Eighth Avenue, 32nd Floor
                                      New York, New York 10018
                                      (212) 218-5500
                                      (212) 218-5526 (fax)
                                      CLadd@seyfarth.com

                                      *Attorneys for Defendant*
                                      Chanel, Inc.

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that she electronically filed the foregoing NOTICE OF APPEARANCE using the Court's CM/ECF method, and that a copy of the foregoing was served on all counsel of record, via the Court's CM/ECF method on this 9th day of September, 2013.

                *s/* Caitlin S. Ladd
                Caitlin S. Ladd

16116224v.1