```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
Anu Allen,
       Plaintiff

   v.                                              **ORDER**
                                                           12cv6758(RPP)

Chanel, Inc.,
       Defendants
----------------------------------------x

    A case management conference in the above captioned action has been scheduled for Thursday, October 10, 2013 at 9:30 a.m. in Courtroom 24A. All requests for conference adjournments must be in written form no less than 48 hours prior to the conference date. No adjournment requests will be entertained by telephone. Failure to appear at the conference by the Plaintiff may result in dismissal of the action for lack of prosecution. Failure to appear by the Defendant(s) may result in a default judgment. All counsel must appear at the scheduled conference.

Dated: September 23, 2013
       New York, New York

                                            _____
                                              Honorable Robert P. Patterson, Jr.
                                                    United States District Judge