UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Anu Allen
                        Plaintiff,            Case No. 12-CV-6758

       -against-

Chanel, Inc.
                      Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Caitlin Senff Ladd**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CS2177    My State Bar Number is 4757175

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                 FIRM ADDRESS: 1745 Broadway, 22nd Floor
                 FIRM TELEPHONE NUMBER: 212-492-2507
                 FIRM FAX NUMBER: 212-492-2501

NEW FIRM:    FIRM NAME: Seyfarth Shaw LLP
                 FIRM ADDRESS: 620 Eighth Avenue
                 FIRM TELEPHONE NUMBER: 212-218-5500
                 FIRM FAX NUMBER: 212-218-5526

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 9, 2013

                                                 ATTORNEY'S SIGNATURE