UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Ann Allen*                               Plaintiff(s)        12 cv 6758 (RPP)

- against -                                                   **SCHEDULING ORDER**

*Chanel, Inc.*
_____ Defendant(s)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/15/13

PATTERSON, D.J.

1. This action is referred to Magistrate Judge_____
   for_____ after a case management conference.

2. This action is referred for mediation: _____Yes   _____No.

3. Amend the pleadings by_____.

4. Medical Authorizations by_____.

5. Rule (26) compliance by_____.

6. Plaintiff experts' reports to be served by_____.

7. Defendant experts' reports to be served by_____.

8. Experts' depositions to be completed by_____.

9. All discovery to be completed by_____.

10. All fact discovery to be completed by_____.

11. Dispositive motions by_____, Answer by_____,
    Reply by_____.

12. If no dispositive motion, pretrial order to be filed by_____.

13. Trial date is scheduled for _____ at **9:30am**.

14. Settlement conference with parties & counsel to be held on _____
    at _____.

15. Pretrial conference is scheduled for  12/10/13  at  9:30 am .

Dated: New York, New York
       10/15/13

SO ORDERED.

_____
**ROBERT P. PATTERSON, JR.**
U.S.D.J.