**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X

ANU ALLEN,

                Plaintiff,

   -v.-

CHANEL, INC.,

                Defendant.

---------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/13

12-cv-6785 (RPP)
6758

**SCHEDULING ORDER**

**PATTERSON, D.J.,**

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by __January 15, 2014__.

4. Medical Authorizations by __January 6, 2014__.

5. Rule (26) compliance by __January 6, 2014__.

6. Plaintiff experts' reports to be served by __May 1, 2014__.

7. Defendant experts' reports to be served by __June 1, 2014__.

8. Experts' depositions to be completed by __June 30, 2014__.

9. All discovery to be completed by __June 30, 2014__.

10. All fact discovery to be completed by __June 9, 2014__.

11. Dispositive motions by __August 1, 2014__, Answer by __Sept. 1, 2014__ Reply by __Sept. 15, 2014__.

12. If no dispositive motion, pretrial order to be filed by __August 1, 2014__.

13. Trial date is scheduled for __August 18, 2014__ at __10 AM__.

14036503v 2

14. Settlement conference with parties & counsel to be held on _____ at _____.

15. Pretrial conference is scheduled for _____ at _____.

| | |
|---|---|
| THE LAW OFFICES OF<br>CHRISTOPHER THOMPSON<br>Attorney for Plaintiff | SEYFARTH SHAW LLP<br>Attorneys for Defendant |
| s/ Christopher H. Thompson<br>Christopher H. Thompson<br>33 Davison Lane East<br>West Islip, New York 11795<br>Tel: (631) 983-8830<br>ctalawman@aol.com | s/ Lorie E. Almon<br>Lorie E. Almon<br>Caitlin S. Ladd<br>620 Eighth Avenue<br>New York, NY 10018<br>Tel. (212) 218-5500<br>lalmon@seyfarth.com<br>cladd@seyfarth.com |

Dated: New York, New York
12/10/13

SO ORDERED:

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.

2