LAW OFFICES OF
# CHRISTOPHER THOMPSON, ESQ.
33 DAVISON LANE EAST
WEST ISLIP, NEW YORK 11795

PH 1(631) 983-8830                                                                 FAX 1(631) 983-8831

BY FAX AND ECF FILING JUNE 4, 2014

Hon. Robert P. Patterson, Jr.
United States District Judge
United States District Court – Southern District
500 Pearl Street
New York, New York 10007-1312

**RE: Allen v. Chanel, Inc.**
     **Civil Docket No. 1:12-CV-06758-RPP**

Dear Judge Patterson:

This office represents plaintiff in the above.

I am writing with the consent of defendants counsel to seek a brief extension of the discovery schedule set by the Court. Currently, the discovery completion date expires on June 9, 2014.

The parties have worked out all issues related to experts and therefore expert testimony will not be offered at trial. Remaining however is the completion of written discovery and the depositions of the respective clients. Several efforts to take the deposition of plaintiff in the past were unsuccessful due to various discovery disputes, which the parties have been able to resolve amongst themselves to date. However, both sides expect to be able to complete the depositions of all parties by mid-August. As a result we are making this joint request to extend the discovery period from June 9, 2014 to and including August 29, 2014. No prior request has been made to extend the discovery deadlines herein.

Thank you for your attention and consideration of the above. My cell phone number is 1-631-747-1187 if the Court has the need to communicate with me directly. I remain,

Very truly yours,

Christopher Thompson, ESQ.

CT: ct
enc.
cc: Caitlin Ladd, ESQ. (Seyfarth & Shaw, LLP)(via e-mail)