UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anu Allen
_____ Plaintiff(s)

- against -

Chanel, Inc
_____ Defendant(s)

PATTERSON, D.J.

12 cv 6758 (RPP)
**SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/14

1. This action is referred to Magistrate Judge_____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by_____.

4. Medical Authorizations by_____.

5. Rule (26) compliance by_____.

6. Plaintiff experts' reports to be served by_____.

7. Defendant experts' reports to be served by_____.

8. Experts' depositions to be completed by_____.

9. All discovery to be completed by_____.

10. All fact discovery to be completed by_____.

11. Dispositive motions by 10/27/14, Answer by 11/17/14, Reply by 11/26/14.

12. If no dispositive motion, pretrial order to be filed by_____.

13. Trial date is scheduled for _____ at 9:30am.

14. Settlement conference with parties & counsel to be held on _____ at _____.

15. Pretrial conference is scheduled for _____ at _____.

16. DEFENDANT'S MOTION TO QUASH BY 9/26/14, PLAINTIFF'S OPPOSITION 10/10/14, DEFENDANT'S REPLY 10/21/14.

17. COURT GRANTS PLAINTIFF'S REQUEST FOR DISCOVERY OF MS. KLEIN BY 9/26/14. ANY ADDITIONAL DOCUMENT EXCHANGE BY COUNSEL BY 9/26/14.

Dated: New York, New York
9/12/14

SO ORDERED.

ROBERT P. PATTERSON, JR.
U.S.D.J.