# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5258

Writer's e-mail
cladd@seyfarth.com

October 15, 2014

**VIA ECF**

The Honorable Robert P. Patterson, Jr.
United States District Judge
U.S.D.C., S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

    Re:    Allen v. Chanel, Inc.
              Civil Docket No. 1:12-cv-06758-RPP

Dear Judge Patterson:

    As Your Honor knows, we represent defendant Chanel, Inc. ("Chanel") in the above-referenced matter. We write, with the consent of Plaintiff's counsel, to respectfully request a brief ten day extension of the summary judgment briefing schedule ordered on September 12, 2014. Chanel requires this extension due, unfortunately, to the undersigned attorney's medical issues. As such, we propose the following revised briefing schedule:

- Defendant's motion for summary judgment due November 6, 2014;
- Plaintiff's opposition due December 1, 2014; and
- Defendant's reply due December 8, 2014.

    This is the first request for an extension of the briefing schedule. Thank you for Your Honor's courtesy in considering this request

                                      Respectfully submitted,

                                      SEYFARTH SHAW LLP

                                      *s/ Caitlin S. Ladd*
                                      Caitlin S. Ladd

WASHINGTON D.C.  SYDNEY  SHANGHAI  SAN FRANCISCO  SACRAMENTO  NEW YORK  MELBOURNE  LOS ANGELES  LONDON  HOUSTON  CHICAGO  BOSTON  ATLANTA



cc: Christopher Thompson, Esq. (via ECF)
    Lorie E. Almon, Esq.

SEYFARTH SHAW

October 15, 2014
Page 2