

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5258

Writer's e-mail
cladd@seyfarth.com

October 28, 2014

**VIA ECF**

The Honorable Robert P. Patterson, Jr.
United States District Judge
U.S.D.C., S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

> Re: Allen v. Chanel, Inc.
> Civil Docket No. 1:12-cv-06758-RPP

Dear Judge Patterson:

    As Your Honor knows, we represent defendant Chanel, Inc. ("Chanel") in the above-referenced matter.  We write, with the consent of Plaintiff's counsel, to respectfully request a brief one week extension of the summary judgment briefing schedule ordered on October 17, 2014.  Chanel requires this extension due, unfortunately, to the undersigned attorney's continuing medical issues.  As such, we propose the following revised briefing schedule:

- Defendant's motion for summary judgment due November 13, 2014;
- Plaintiff's opposition due December 8, 2014; and
- Defendant's reply due December 15, 2014.

    This is the second request for an extension of the briefing schedule.  The first request was granted on October 17, 2014.  Thank you for Your Honor's courtesy in considering this request

> Respectfully submitted,
>
> SEYFARTH SHAW LLP
>
> *s/ Caitlin S. Ladd*
> Caitlin S. Ladd



October 28, 2014
Page 2

cc: Christopher Thompson, Esq. (via ECF)
   Lorie E. Almon, Esq.