UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| ANU ALLEN, | **ECF CASE** |
| Plaintiff, | Civil Action No. 12-cv-6758 (RPP) |
| vs. | |
| CHANEL, INC., | |
| Defendants. | |

------------------------------------------------------------------x

## DECLARATION OF BARBARA CIRKVA

I, BARBARA CIRKVA, declare under penalty of perjury:

1. I submit this Declaration, which is based upon personal knowledge and records maintained by Chanel, Inc. ("Chanel"), in support of Chanel's Motion for Summary Judgment.

2. I am employed as the President of Fashion, Watches and Fine Jewelry at Chanel and have held this position since November 1987.

3. With Stephanie Zernik, the Senior Vice President of Wholesale Fashion at the time, and in consultation with Human Resources, the decision was made to eliminate the Samples Coordinator position, which resulted in the termination of Anu Allen's employment.

4. I was never made aware that Ms. Allen had complained to Ms. Zernik or Human Resources regarding working with Ms. Zernik or Susanna Klein. Thus, I had no knowledge of Ms. Allen's alleged complaints at the time the decision was made to eliminate the Samples Coordinator position.

5. My date of birth is January 10, 1947.

Executed on November 13, 2014.

_____
Barbara Cirkva