LAW OFFICES OF
# CHRISTOPHER THOMPSON, ESQ.
33 DAVISON LANE EAST
WEST ISLIP, NEW YORK 11795

PH 1(631) 983-8830                                          FAX 1(631) 983-8831

BY ECF DECEMBER 8, 2014

Hon. Robert P. Patterson, Jr.
United States District Judge
United States District Court – Southern District
500 Pearl Street
New York, New York 10007-1312
Attn: Mary Cilluffo Judicial Assistant

**RE: Allen v. Chanel, Inc.**
      **Civil Docket No. 1:12-CV-06758-RPP**

Dear Judge Patterson:

This office represents plaintiff in the above.

I am writing with the consent of Defendant's counsel, to respectfully request a brief one (1) week extension of the summary judgment briefing schedule ordered on October 17, 2014. Plaintiff requires this extension due to unforeseen computer difficulties. As such, we propose the following revised briefing schedule:

- Defendant has already served its motion for summary judgment;
- Plaintiff will serve opposition by December 15, 2014; and
- Defendant will serve its reply by December 22, 2014.

Although this is the third request of the briefing schedule it is the first request by Plaintiff. Both requests by Defendant's counsel were previously granted on October 17th and October 28th respectively.

Thanking the Court in advance for its courtesy in considering this request, I remain,

Very truly yours,

Christopher Thompson, ESQ.

CT: ct

cc: Caitlin S. Ladd, ESQ. (Seyfarth & Shaw, LLP)(via e-mail)