Christopher Thompson, ESQ.
THE LAW OFFICES OF CHRISTOPHER THOMPSON
33 Davison Lane East
West Islip, New York 11795
T: (631) 983-8830
F: (631) 983-8831
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ANU ALLEN,

                   Plaintiff,

     -against-

CHANEL INC.,

                   Defendants.
-----------------------------------------------------------x

Civil Action No.: 12-cv-6758(RPP)
DECLARATION OF
ANU ALLEN IN OPPOSITION TO
MOTION FOR SUMMARY
JUDGMENT AND JUDGMENT
ON COUNTERCLAIM FOR
UNJUST ENRICHMENT

I, ANU ALLEN, declare as follows under penalty of perjury:

1. I am the Plaintiff in the within case.

2. I submit this Declaration to place before the Court certain facts.

3. My recollection after training was moved out of our department is the number shows I participated in were not drastically reduced as claimed by Stephanie Zernik. I was working the entire time in the department and would have been aware of such a huge reduction.

4. As an employee of Chanel I was not precluded from being considered for other positions in other departments if no position was available in my current department had my position been eliminated for legitimate reasons.

5. I have met Meaghan Glickman on many occasions face-to-face. It is incredible to me that she is unaware I am not Caucasian but a female of Asian/Indian descent.

6. Based on the above and the arguments set forth in the attached memorandum of law filed by my attorney, I respectfully request the case not be further delayed and that movants motion be denied in its entirety.

FROM : DR. LLOYD S. LANDA          FAX NO. : 212 7557179          Dec. 16 2014 06:47AM P2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 15th day of December 2014 in New York, New York.

Respectfully Submitted,

By: _____
ANU ALLEN