Christopher Thompson, ESQ.
THE LAW OFFICES OF CHRISTOPHER THOMPSON
33 Davison Lane East
West Islip, New York 11795
T: (631) 983-8830
F: (631) 983-8831
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| ANU ALLEN,<br>           Plaintiff,<br><br>           -against-<br><br>CHANEL INC.,<br>                      Defendants. | Civil Action No.: 12-cv-6758(RPP)<br><br>DECLARATION OF CHRISTOPHER THOMPSON, IN OPPOSITION TO MOTION TO SUMMARY JUDGMENT AND JUDGMENT ON THE COUNTER-CLAIM FOR UNJUST ENRICHMENT |

------------------------------------------------------------x

I, CHRISTOPHER THOMPSON, declare as follows under penalty of perjury:

1. I am a member of the Bar of the State of New York, and am admitted to practice before this Court. I am counsel to plaintiff, ANU ALLEN.

2. I submit this Declaration to place before the Court certain pleadings and documents on which plaintiff relies in opposition to defendant's motion to amend their counterclaims and for sanctions.

3. Exhibit A is a true and correct copy of Plaintiffs production Bates stamped ("000001" to "000139").

4. Exhibit B is a true and correct copy of Chanel Bates Stamped documents "000687-000693".

5. Exhibit C is a true and correct copy of Chanel Bates Stamped documents "000676-000681".

6. Exhibit D is a true and correct copy of Chanel Bates Stamped documents "000253-000254".

7. Exhibit E is a true and correct copy of Chanel Bates Stamped documents "000255-000256".

8. Exhibit F is a true and correct copy of Chanel Bates Stamped document "000672".

9. Exhibit G is a true and correct copy of Chanel Bates Stamped documents "000417-000420".

10. Exhibit H is a true and correct copy of Chanel Bates Stamped documents "000522-000528".

11. Exhibit I is a true and correct copy of Chanel Bates Stamped document "000354".

12. Exhibit J is a true and correct copy of Chanel's Answer to Complaint, Affirmative and Other Defenses, and Counterclaims.

13. Exhibit K is a true and correct copy of Anu Allen's deposition transcript.

14. Exhibit L is a true and correct copy of Meaghan Glickman's deposition transcript.

15. Exhibit M is a true and correct copy of Susanna Klein's deposition transcript.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 15th day of December 2014 in West Islip, New York.

Respectfully Submitted,

By: _____
Christopher Thompson (CT9436)
33 Davison Lane East
West Islip, New York 11795
(631) 983-8830
*Attorney for Plaintiff*