## CERTIFICATION OF SERVICE

I hereby certify that on December 15, 2014, a copy of the foregoing Memorandum of Law in Opposition to defendants motion for summary judgment and for judgment on the counterclaim for unjust enrichment, declaration of Christopher Thompson with exhibit and declaration of Anu Allen was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              Christopher Thompson, ESQ. (CT-9436)