UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
ANNI ALLEN,                         :
                                    :
            Plaintiff,              :    12 Civ. 6758 (LAP)
                                    :
      -against-                     :    ORDER OF CONFERENCE
                                    :
CHANEL, INC.,                       :
                                    :
            Defendants.             :
------------------------------------x

LORETTA A. PRESKA, Chief United States District Judge:

    It is hereby

    ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on March 5, 2015 at 9:30 a.m. for a conference in the above action.

SO ORDERED

Dated: February 24, 2015

                              LORETTA A. PRESKA, Chief U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/15