

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5258

Writer's e-mail
cladd@seyfarth.com

March 2, 2015

**VIA ECF**

The Honorable Loretta A. Preska, Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   *Allen v. Chanel, Inc.*
            Civil Docket No. 1:12-cv-06758-RPP

Dear Judge Preska:

    We represent defendant Chanel, Inc. ("Chanel") in the above-referenced matter, which was recently reassigned to Your Honor.  A Status Conference has been set for March 5, 2015 at 9:30 a.m.  Unfortunately, counsel for Chanel are unavailable, based on a previously scheduled vacation and professional obligations, on that date.  We have communicated with Your Honor's courtroom Deputy and determined that March 18, 2015 at 9:30 a.m. is a date that works for Your Honor for purposes of rescheduling and have confirmed with counsel for Plaintiff Anu Allen that they are available.  As such, we write to respectfully request an adjournment of the Status Conference until March 18, 2015 at 9:30 a.m.  This is the first request for an adjournment of the Status Conference.

    Thank you for Your Honor's courtesy in considering this request

                      Respectfully submitted,

                      SEYFARTH SHAW LLP

                      *s/ Caitlin S. Ladd*
                      Caitlin S. Ladd

cc:  Christopher Thompson, Esq. (via ECF)
     Lorie E. Almon, Esq.