UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANU ALLEN,

                      Plaintiff,

      - v. -

CHANEL, INC,

                      Defendant.
------------------------------------------------------------X

12 CV 6758 (LAP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/15

**LORETTA A PRESKA, Chief U.S.D.J.**

      Defendant Chanel, Inc. ("Chanel") has moved to amend its Answer to add counterclaims for breach of contract and conversion, and for sanctions (ECF No. 38). Following a conference on March 18, 2015, the Court GRANTS Chanel's motion to amend and DENIES Chanel's motion for sanctions as premature.

SO ORDERED

Dated: March 18, 2015

                                                                        Loretta A. Preska
                                                                       Chief U.S.D.J.

**Copies of this Order were sent to:**

**Lorie Elizabeth Almon**
Seyfarth Shaw L.L.P.
620 Eighth Avenue
New York, NY 10018-1405
(212) 218-5517
Email: LAlmon@seyfarth.com

**Caitlin Senff Ladd**
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
(212)-218-5500
Email: cladd@seyfarth.com

**Mary Elizabeth Vadasz**
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018-1405
(212)-218-5277
Email: mahrens@seyfarth.com

**Christopher H. Thompson**
The Law Offices of Christopher Thompson
33 Davison Lane East
West Islip, NY 11795
(631) 983-8830
Email: ctalawman@aol.com