**LAW OFFICES OF**
# CHRISTOPHER THOMPSON, ESQ.
**33 DAVISON LANE EAST**
**WEST ISLIP, NEW YORK 11795**

PH 1(631) 983-8830                                                                 FAX 1(631) 983-8831

BY ECF APRIL 27, 2015

Hon. Loretta A. Preska – Chief United States District Judge
United States District Court – Southern District
500 Pearl Street, Room 2220
New York, New York 10007
Attn: Mr. Daniel Eisenberg, Esq.- Law Clerk

**RE: Allen v. Chanel, Inc.**
   **Civil Docket No. 1:12-CV-06758-RPP**

Dear Chief Judge Preska:

This office represents plaintiff in the above.

Your honor had directed respective counsel advise the Court of <u>unavailable</u> dates for the trial of the above matter for the balance of this year.

Please be advised I will be unavailable on the following dates:

> May 2015 - May 4 to May 18, May 20 and May 28.
> June 2015 – June 3 to June 4, June 10, June 15 to June 16 and June 22 to June 24.
> July 2015 – July 1 to July 14.
> August 2015 – August 10 to August 20.
> September 2015 – September 8 to September 11 and September 28.
> October 2015 – October 12 to October 14 and October 26.
> November 2015 – November 24 to November 30.
> December 2015 – December 18 to December 31.
> January 2016 – January 1 to January 8.

I hope you find this writing responsive. Thanking Your Honor in advance. I remain,

Very truly yours,

Christopher Thompson, ESQ.

CT: ct
enc.
cc: Caitlin Ladd, Esq. (Seyfarth & Shaw, LLP)(via e-mail)