```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ANU ALLEN,

                Plaintiff,　　　　　　　12-CV-6758

    - against -

CHANEL, INC.,

                Defendant.
-------------------------------------------------------------------x

## SATISFACTION OF JUDGMENT

      WHEREAS, a judgment was entered in the above action on the 14th day of July, 2015 in favor of Defendant Chanel, Inc. and against Plaintiff Anu Allen in the amount of $18,289.84 plus post-judgment interest from the 14th day of July, 2015 with costs to be taxed, and costs in the amount of $21.33 having been taxed on the 15th day of August, 2015, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: September 2, 2015
       New York, New York

SEYFARTH SHAW LLP

By _____
   Lorie E. Almon
   lalmon@seyfarth.com
   John W. Egan
   jegan@seyfarth.com
   620 Eighth Avenue, 32nd Floor
   New York, New York 10018-1405
   (212) 218-5500

*Attorneys for Defendant Chanel, Inc.*

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF New York     )

On the _2_ day of _September_, _2015_ before me personally came _John Egan_ to me known and known to be a member of the firm of _Seyfarth Shaw LLP_, attorneys for _Defendant Charter, Inc._ in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_Lydia Ravnikar_
Notary Public

LYDIA RAVNIKAR
Notary Public, State of New York
No. 01RA6019005
Qualified in Suffolk County
Commission Expires Feb. 1, 2019

3

20692145v.1