# SEYFARTH SHAW



Writer's direct phone
(212) 218-5277

Writer's e-mail
mvadasz@seyfarth.com

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

WASHINGTON, D.C.   SYDNEY   SHANGHAI   SAN FRANCISCO   SACRAMENTO   NEW YORK   MELBOURNE   LOS ANGELES   LONDON   HOUSTON   CHICAGO   BOSTON   ATLANTA

March 30, 2017

**VIA FACSIMILE 212-805-7941**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

     Re:     *Allen v. Chanel, Inc.*
           Civil Docket No. 41:12-cv-06758-RPP

Dear Judge Preska:

     We represent defendant Chanel, Inc. ("Chanel") in the above-referenced matter. We are writing on behalf of both parties in this action to request an adjournment of the status conference set for tomorrow, March 31, 2017.

     The parties request an adjournment because they are working diligently to memorialize the agreed-upon settlement in a mutually acceptable agreement and believe that they will be able to do so over the next week. The parties have not previously sought an adjournment. Your Honor's clerk recommended submitting this request via facsimile and suggested provided a week during which the parties are available to re-schedule the conference. Therefore, the parties respectfully request that the Court adjourn tomorrow's status conference to the week of April 17, 2017.

     We thank the Court for its consideration of this request.

*Counsel shall appear for a conference on April 19, 2017 at 9:00 a.m. unless a stipulation of discontinuance is filed prior thereto.*

           Respectfully submitted,

           SEYFARTH SHAW LLP

           /s/ *Mary Ahrens Vadasz*

           Lori E. Almon
           Mary Ahrens Vadasz

MAV:msl
cc: Christopher Thompson, Esq. (via Facsimile 631-983-8831)

38374213v.1

3/31/17

SO ORDERED

*Loretta W. Preska*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE