LAW OFFICES OF

# CHRISTOPHER THOMPSON, ESQ.
### 33 DAVISON LANE EAST
### WEST ISLIP, NEW YORK 11795

PH 1(631) 983-8830                                      FAX 1(631) 983-8831

BY ECF APRIL 18, 2017

Hon. Loretta A. Preska – Chief United States District Judge
United States District Court – Southern District
500 Pearl Street, Room 2220
New York, New York 10007
Attn: Mr. Daniel Eisenberg, Esq.- Law Clerk

**RE: Allen v. Chanel, Inc.**
   **Civil Docket No. 1:12-CV-06758-RPP**

Dear Chief Judge Preska:

This office represents plaintiff in the above.

Your honor had directed respective counsel to appear for a conference tomorrow, April 19, 2017 at 9:00 am.

I am writing on behalf of all counsel to advise that the parties seek an adjournment of the conference for a period of two (2) additional weeks or such date as is agreeable to the Court.

It is the intention of the parties to continue to work toward a final resolution of this action before such new date.

Thanking Your Honor in advance. I remain,

Very truly yours,

Christopher Thompson, ESQ.

CT: ct

cc: (Seyfarth & Shaw, LLP)(via e-mail)

*[Handwritten: The conference is adjourned to May 3, 2017 at 9:30 a.m.]*

SO ORDERED

*[Signature: Loretta A. Preska]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

4/18/17