**LAW OFFICES OF**
# CHRISTOPHER THOMPSON, ESQ.
### 33 DAVISON LANE EAST
### WEST ISLIP, NEW YORK 11795

PH 1(631) 983-8830                                    FAX 1(631) 983-8831

SENT BY ECF AND FAX MAY 2, 2017

Hon. Loretta A. Preska, Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RE: *Allen v. Chanel, Inc.* Civil Docket No.: 1:12-cv-06758-RPP

Dear Chief Judge Preska:

This office represents Anu Allen ("Allen") plaintiff in the above action.

This matter is scheduled to appear before Your Honor tomorrow, May 3, 2017 at 9:30 a.m.

I am writing on behalf of all counsel.  We are pleased to inform the Court the parties have reached a resolution.  However, we are asking the Court to grant us one further adjournment.

Presently, Plaintiff has executed the agreement between the parties and we will need to allow Defendant and their counsel time to review the document before they execute it and then there's a mandated revocation period and other mechanics which must take place before we can file a dismissal.

As a result we are suggesting June 5, 2017 or a date thereafter as a new control date.

Thanking Your Honor in advance.  I remain,

Very truly yours,

Christopher Thompson, ESQ.

cc: Mary Ahrens Vadasz, ESQ. (via e-mail)

HP Color LaserJet MFP M477fnw

# Fax Confirmation

May-2-2017  19:09

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 282 | 5/ 2/2017 | 19:08:07 | Send | 12128057941 | 0:55 | 1 | OK |

LAW OFFICES OF
**CHRISTOPHER THOMPSON, ESQ.**
33 DAVISON LANE EAST
WEST ISLIP, NEW YORK 11795

PH 1(631) 983-8830                                    FAX 1(631) 983-8831

SENT BY ECF AND FAX MAY 2, 2017

Hon. Loretta A. Preska, Chief Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RE: *Allen v. Chanel, Inc.* Civil Docket No.: 1:12-cv-06758-RPP

Dear Chief Judge Preska:

This office represents Anu Allen ("Allen") plaintiff in the above action.

This matter is scheduled to appear before Your Honor tomorrow, May 3, 2017 at 9:30 a.m.

I am writing on behalf of all counsel. We are pleased to inform the Court the parties have reached a resolution. However, we are asking the Court to grant us one further adjournment.

Presently, Plaintiff has executed the agreement between the parties and we will need to allow Defendant and their counsel time to review the document before they execute it and then there's a mandated revocation period and other mechanics which must take place before we can file a dismissal.

As a result we are suggesting June 5, 2017 or a date thereafter as a new control date.

Thanking Your Honor in advance. I remain,

Very truly yours,

Christopher Thompson, ESQ.

cc: Mary Ahrens Vadasz, ESQ. (via e-mail)