Presta, J.

**EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANU ALLEN,

                Plaintiff,        12-CV-6758

   - against -

CHANEL, INC.,

                Defendant.
--------------------------------------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective attorneys, that the action and remaining claims by Defendant against Plaintiff shall be and hereby are dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
      June 12, 2017

| LAW OFFICES OF CHRISTOPHER THOMPSON | SEYFARTH SHAW LLP |
|---|---|
| By: _____ | By: _____ |
| Christopher H. Thompson | Lorie E. Almon |
| 33 Davison Lane East | Mary Ahrens Vadasz |
| West Islip, NY 11795 | 620 Eighth Avenue |
| (631) 983-8830 | New York, NY 10018 |
| *Attorney for Plaintiff* | (212) 218-5500 |
| | *Attorneys for Defendant* |

SO ORDERED:

_____
Hon. Loretta A. Preska
Chief U.S.D.J.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

6/21/17

14