UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANU ALLEN,

      Plaintiff,

-against-

CHANEL, INC.,

      Defendant.

12 Civ. 6758 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiff Anu Allen's ("Plaintiff") motion to seal the above-captioned matter. (See dkt. no. 86.) Plaintiff, however, did not include with her filing the exhibits to which she cites as support for her motion to seal. Plaintiff is therefore directed to file any exhibits cited as support for her motion by no later than Friday, January 31, 2020. Defendant may file a response by no later than Friday, February 14, 2020.

  **SO ORDERED.**

Dated:  New York, New York
     January 21, 2020

           _____
           LORETTA A. PRESKA
           Senior United States District Judge

1