

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

mvadasz@seyfarth.com
T (212) 218-5277

www.seyfarth.com

March 6, 2020

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Anu Allen v. Chanel, Inc.;* **Case No. 12-cv-06758**

Dear Judge Preska:

This Firm represents Defendant Chanel, Inc. ("Chanel") in the above-referenced matter. We are writing in response to Plaintiff Anu Allen's ("Plaintiff") January 10, 2020 motion to seal the record and to advise Your Honor that Chanel takes no position as to Plaintiff's motion to seal.

We thank the Court for your attention to this matter.

Sincerely,

SEYFARTH SHAW LLP

*/s/ Mary Ahrens Vadasz*

Mary Ahrens Vadasz


cc: Marshall Bellovin, Esq.

62286307v.1