

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANU ALLEN,

           Plaintiff,

-against-

CHANEL, INC.,

           Defendant.

12 Civ. 6758 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    As set forth in Ms. Allen's letter dated January 10, 2020 (dkt. no. 86), apparently as a result of mischief by her attorney, she has been made to appear at best manipulative and at worst dishonest in the handling of her departure from Chanel. As also detailed in the letter, this situation has made it very difficult for Ms. Allen to obtain employment. She has requested that the case be sealed, and counsel for Chanel has indicated that it takes no position to Plaintiff's motion to seal. In light of the difficulty Ms. Allen is experiencing in finding employment because of the allegations of the case, the Clerk of the Court shall seal the entire docket in this action together with this order.

    Ms. Allen is directed to inform the Court annually on or about March 10 as to whether further sealing is required.

The Clerk of the Court shall mail a copy of this order to Ms. Allen.

**SO ORDERED.**

Dated:   New York, New York
         March 10, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge