UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANU ALLEN,

                 Plaintiff,

-against-

CHANEL, INC.,

                 Defendant.

12 Civ. 6758(LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    On March 10, 2020, this Court ordered that the entire docket in the above-captioned action be sealed in light of Plaintiff Anu Allen's difficulty in obtaining employment due to allegations about her and her attorney's conduct in litigating that action. (See dkt. no. 92.)  On July 14, 2020, Ms. Allen sent to the Court a letter describing her unsuccessful efforts, in the wake of the Court's order sealing the docket, see supra, to have various articles (the "Articles") discussing those allegations removed from seven different search engines and 13 different websites.  Attached to Ms. Allen's letter was a of the list of search engines indexing/caching the Articles (for purposes of including them in search results) and websites otherwise hosting the Articles.  A copy of that list is attached hereto.

    The websites and search engines listed in the exhibit to Ms. Allen's July 14 letter are indexing/caching or otherwise hosting materials detailing sealed proceedings.  Accordingly, any search

engine indexing/caching the Articles or any other materials discussing the above-captioned action for purposes of including them in search results are directed to remove those items from their indexes/caches. Any website hosting the Articles or any other materials discussing the above-captioned action are directed to remove them from their website.

The Clerk of the Court is respectfully directed to mail a copy of this order to Ms. Allen.

**SO ORDERED.**

Dated:   New York, New York
         August 21, 2020

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

Page 1
Google
http://ny.findacase.com/research/wfrmDocViewer.aspx/xq/fac.20150626_0001698.SNY.htm/qx
https://answers.lawroom.com//Story.aspx?STID=2779
https://www.docketbird.com/court-documents/Allen-v-Chanel-Inc/OPINION-AND-ORDER
https://judicialcaselaw.com/courts/nysd/cases/1_12-cv-06758-LAP
https://advance.lexis.com/open/document/lpadocument/?pdmfid
https://www.law360.com/cases/504df9c8e1a14546ea004381
https://www.leagle.com/decision/infdco20150717729
https://www.pacermonitor.com/public/case/214532/Allen_v_Chanel,_Inc,
https://www.adjuvancy.com/wordpress/2013/07/09/contract/
https://www.courtlistener.com/docket/5424004/allen-v-chanel-inc/
https://blog.page1.me/blog/submit-court-order-google-content-removal/
https://www.workforce.com/news/employers-read-those-severance-agreements
https://www2.sidley.com/files/Uploads/Documents/Employment%20Blog/AllenChanel.pdf

Bing
https://www.adjuvancy.com/wordpress/2013/07/09/contract/
https://answers.lawroom.com//Story.aspx?STID=2779
https://blog.page1.me/blog/present-court-order-bing-content-removal/
https://pihra.lawroom.com/story.aspx?STID=2779
https://www.casemine.com/judgement/us/5914ade8add7b04934744e8a
https://www.casemine.com/judgement/us/5914f832add7b0493499a59b
https://www.law.com/newyorklawjournal/almID/1202603926385
https://www.law360.com/cases/504df9c8e1a14546ea004381
https://www.leagle.com/decision/infdco20150717729
https://www.ohioemployerlawblog.com/2013/06/employers-read-those-severance.html
https://www.workforce.com/news/employers-read-those-severance-agreements
https://www2.sidley.com/files/Uploads/Documents/Employment%20Blog/AllenChanel.pdf

Yahoo
https://blog.page1.me/blog/present-court-order-yahoo-content-removal/
https://pihra.lawroom.com/story.aspx?STID=2779
https://www.casemine.com/judgement/us/5914ade8add7b04934744e8a
https://www.casemine.com/judgement/us/5914f832add7b0493499a59b
https://www.law360.com/cases/504df9c8e1a14546ea004381
https://www.ohioemployerlawblog.com/2013/06/employers-read-those-severance.html
https://www2.sidley.com/files/Uploads/Documents/Employment%20Blog/AllenChanel.pdf

Page 2
Aol
https://www.casemine.com/judgement/us/5914f832add7b0493499a59b
https://pihra.lawroom.com/story.aspx?STID=2779
https://www.casemine.com/judgement/us/5914f832add7b0493499a59b
https://www.law360.com/cases/504df9c8e1a14546ea004381
https://www.ohioemployerlawblog.com/2013/06/employers-read-those-severance.html
https://www2.sidley.com/files/Uploads/Documents/Employment%20Blog/AllenChanel.pdf

Dogpile
https://www.adjuvancy.com/wordpress/2013/07/09/contract/
https://pihra.lawroom.com/story.aspx?STID=2779
https://www.casemine.com/judgement/us/5914ade8add7b04934744e8a
https://www.casemine.com/judgement/us/5914f832add7b0493499a59b
https://www.law.com/newyorklawjournal/almID/1202603926385/?slreturn=20200616214503
https://www.law360.com/cases/504df9c8e1a14546ea004381

https://www.leagle.com/decision/infdco20150717729
https://www.ohioemployerlawblog.com/2013/06/
https://www.ohioemployerlawblog.com/2013/06/employers-read-those-severance.html
https://www.workforce.com/2013/06/27/employers-read-those-severance-agreements/
https://www.workforce.com/news/employers-read-those-severance-agreements
https://www2.sidley.com/files/Uploads/Documents/Employment%20Blog/AllenChanel.pdf

**Duck Duck Go**
https://www.adjuvancy.com/wordpress/2013/07/09/contract/
https://pihra.lawroom.com/story.aspx?STID=2779
https://www.casemine.com/judgement/us/5914ade8add7b04934744e8a
https://www.casemine.com/judgement/us/5914f832add7b0493499a59b
https://www.law.com/newyorklawjournal/almID/1202603926385/
https://www.law360.com/cases/504df9c8e1a14546ea004381
https://www.leagle.com/decision/infdco20150717729
https://www.ohioemployerlawblog.com/2013/06/
https://www.ohioemployerlawblog.com/2013/06/employers-read-those-severance.html
https://www.workforce.com/news/employers-read-those-severance-agreements
https://www2.sidley.com/files/Uploads/Documents/Employment%20Blog/AllenChanel.pdf

**Yippy**
https://www.adjuvancy.com/wordpress/2013/07/09/contract/
https://pihra.lawroom.com/story.aspx?STID=2779
https://www.casemine.com/judgement/us/5914ade8add7b04934744e8a
https://www.casemine.com/judgement/us/5914f832add7b0493499a59b
https://www.law.com/newyorklawjournal/almID/1202603926385/
https://www.law360.com/cases/504df9c8e1a14546ea004381
https://www.leagle.com/decision/infdco20150717729
https://www.ohioemployerlawblog.com/2013/06/
https://www.ohioemployerlawblog.com/2013/06/employers-read-those-severance.html
https://www.workforce.com/news/employers-read-those-severance-agreements
https://www2.sidley.com/files/Uploads/Documents/Employment%20Blog/AllenChanel.pdf

Page 3
**Ask.com**
www.leagle.com/decision/infdco20150717729
https://www.ohioemployerlawblog.com/2013/06/