UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ANU ALLEN,             |
|                        |
|         Plaintiff,     |
|                        |
| -against-              |
|                        |
| CHANEL, INC.,          |
|                        |
|         Defendant.     |

12 Civ. 6758(LAP)

SEALED ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received several inquiries regarding its order dated August 21, 2020, in which it ordered that search engines and websites remove materials discussing the above-captioned action from their websites. (See dkt. no. 94 [Under Seal].) The Court has invited comment on the order from those parties who have submitted inquiries. Any such comment shall be submitted to the Court by email to PreskaNYSDChambers@nysd.uscourts.gov within 21 days of service of this order.

The Court will send any comments received to Plaintiff Anu Allen as she directs, either by email or in hard copy, and will give her an opportunity to respond.[1] Ms. Allen shall submit any

---

[1] The Court presumes that Defendant Chanel, who took no position on Ms. Allen's original request to seal the docket, will have no interest in responding to the comments submitted to the Court. Nonetheless, the Court will also provide by email any comments received to Defendant's counsel. Should Defendant wish to file a response, it may do so within 21 days of service of the comment by the Court.

1

response to the comments within 21 days of service by the Court. Upon receipt of this order, Ms. Allen shall as soon as practicable email the Court at PreskaNYSDChambers@nysd.uscourts.gov indicating whether she would like to receive comments by email or in hard copy.

After the Court has received all submissions, it will decide whether they are to be docketed. Any docketing of the submissions will be done under seal in order to protect Ms. Allen's privacy and reputational interests, pending further order of the Court.

The Clerk of the Court is respectfully directed to mail a copy of this order to Ms. Allen.

**SO ORDERED.**

Dated:   New York, New York
         September 30, 2020

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge